IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-30076-SMY |
| | ) |
| CORNELIUS A. WALLACE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge**

This matter comes before the Court on Defendant Cornelius A. Wallace's *pro se* Motion to Dismiss Charges, and Request for Release from Custody (Doc. 28). Defendant is currently represented by Assistant Federal Public Defender Ethan Skaggs.

"Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). Thus, a litigant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Wallace's *pro se* filing (Doc. 28). *See United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED:** May 6, 2021

STACI M. YANDLE
United States District Judge